NUMBER 13-03-677-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

GARY L. AHLMAN,                                                           Appellant,

v.

MARITZA GONZALEZ MONTOYA,                                       Appellee.
_________________________________________________________

On appeal from the 93rd District Court 
of Hidalgo County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam

         Appellant, GARY L. AHLMAN, perfected an appeal from a judgment entered by
the 93rd District Court of Hidalgo County, Texas, in cause number C-578-02-B. After
the record and briefs were filed, the parties filed a joint motion to set aside the trial
court’s judgment without regard to the merits and to remand for proceedings in
accordance with the parties’ agreement. In the motion, the parties state that they
have settled and compromised their differences in this matter.
         The Court, having examined and fully considered the documents on file and the
parties’ joint motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby REVERSED and the
cause is REMANDED to the trial court in accordance with the parties’ settlement
agreement.  
                                                      PER CURIAM
Memorandum Opinion delivered and filed this
the 14th day of April, 2005.